THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN DAY,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALASKA BOAT COMPANY, LLC,<br><br>　　　　　　　　　Defendant. | IN ADMIRALTY<br><br>No. 2:23-cv-00972-JCC<br><br>**ANSWER TO FIRST AMENDED COMPLAINT AND WITHDRAWAL OF JURY DEMAND** |

COMES NOW Defendant Alaska Boat Company, LLC and respond to Plaintiff's Complaint as follows:

## COUNT I

1. Admit.

2. Admit.

3. Admit.

4. Admit that Plaintiff was injured abord the F/V GREAT PACIFIC on November 17, 2021 while working with the vessel's gear, but deny all remaining allegations.

{30101-00957303;1}
ANSWER TO COMPLAINT
Case No. 2:23-cv-00972-JCC - Page 1

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## COUNT II

5. Defendant incorporates its responses to paragraphs 1-4 above.

6. Deny.

7. Admit.

8. Deny.

9. Deny.

## DAMAGES

10. Defendant denies Plaintiff's statement of damages in paragraph 10, including subparagraphs a-i.

Defendant denies Plaintiff's prayer for judgment.

## FURTHER AND ADDITIONAL DEFENSES, INCLUDING AFFIRMATIVE DEFENSES

By way of further answer, including affirmative defenses, Defendant alleges as follows:

1. Plaintiff has failed, in whole or in part, to state a claim or claims upon which relief may be granted.

2. Plaintiff's damages, if any, result from his own actions.

3. Plaintiff's damages, if any, are barred or mitigated pursuant to the doctrine of avoidable consequences.

4. Plaintiff has failed to mitigate his damages.

5. Certain of Plaintiff's asserted difficulties relate to and derive from his own fault.

{30101-00957303;1}
ANSWER TO COMPLAINT
Case No. 2:23-cv-00972-JCC - Page 2

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

6. Plaintiff's claims are barred by the Primary Duty Doctrine.

7. Plaintiff's exclusive remedy against his employer is provided by the US Longshore and Harbor Workers Act.

8. Defendant reserves the right to assert additional affirmative defenses as revealed in discovery.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with prejudice at his own cost and expense, and for all other general and equitable relief to which defendant may be entitled.

DATED this 30th day of August, 2023.

*s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
*s/Nathan J. Beard*
NATHAN J. BEARD, WSBA # 45632
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:        lshields@legros.com
              nbeard@legros.com
Attorneys for Defendant

{30101-00957303;1}
ANSWER TO COMPLAINT
Case No. 2:23-cv-00972-JCC - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dennis M. O'Bryan, Esq.
Gary W. Baun, Esq.
O'Bryan Baun Karamanian
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
Email:  dob@obryanlaw.net

Christopher M. Davis, Esq.
Davis Law Group, P.S.
2101 Fourth Ave, Ste. 1030
Seattle, WA 98121
Email:  chris@injurytriallawyer.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

{30101-00957303;1}
ANSWER TO COMPLAINT
Case No. 2:23-cv-00972-JCC - Page 4

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990