THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DAY,

                Plaintiff,

v.

ALASKA BOAT COMPANY, LLC,

                Defendant.

No. 2:23-cv-00972

[~~PROPOSED~~] ORDER TO CONTINUE

**NOTE ON MOTION CALENDAR:
March 12, 2025**

### [~~PROPOSED~~] ORDER

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the case schedule shall be amended to include the following deadlines:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Deadline to disclose experts | 3/31/25 | 6/30/2025 |
| Deadline to disclose rebuttal experts | 4/28/25 | 7/28/2025 |
| Discovery completed by | 5/19/25 | 8/18/2025 |
| 39.1 mediation completed by | 6/2/25 | 9/1/2025 |
| Dispositive motions filed by | 6/17/24 | 9/15/2025 |
| Motions in Limine due by | 9/8/25 | 12/7/2025 |

{30101-01133823;1}

[~~PROPOSED~~] ORDER TO CONTINUE
Case No. 2:23-cv-00972-JCC - Page 1

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Pretrial Order due by | 9/8/25 | 12/7/2025 |
| Trial Briefs due by | 9/12/25 | 12/11/2025 |
| Bench Trial | 9/15/25 | 12/15/2025 |

SO ORDERED this 12th day of March 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented by:

*s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
*s/Nathan J. Beard*
NATHAN J. BEARD, WSBA # 45632
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:        lshields@legros.com
              nbeard@legros.com
Attorneys for Defendant

{30101-01133823;1}
[PROPOSED] ORDER TO CONTINUE
Case No. 2:23-cv-00972-JCC - Page 2

Le Gros Buchanan & Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Dennis M. O'Bryan, Esq.
    Gary W. Baun, Esq.
    O'Bryan Baun Karamanian
    401 S. Old Woodward, Suite 463
    Birmingham, MI 48009
    Email: dob@obryanlaw.net
            gbaun@obryanlaw.net

    Christopher M. Davis, Esq.
    Davis Law Group, P.S.
    2101 Fourth Ave, Ste. 1030
    Seattle, WA 98121
    Email: chris@injurytriallawyer.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

    *s/Sheila Baskins*
    Sheila Baskins, Legal Assistant
    4025 Delridge Way S.W., Suite 500
    Seattle, Washington 98106
    Telephone: 206-623-4990
    Facsimile: 206-467-4828
    sbaskins@legros.com

{30101-01133823;1}
[~~PROPOSED~~] ORDER TO CONTINUE
Case No. 2:23-cv-00972-JCC - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990