THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

RYAN DAY,

                Plaintiff,

v.

ALASKA BOAT COMPANY, LLC,

                Defendant.

No. 2:23-cv-00972

[~~PROPOSED~~] ORDER TO CONTINUE

NOTE ON MOTION CALENDAR:
**June 4, 2025**

## [~~PROPOSED~~] ORDER

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the case schedule shall be amended to include the following deadlines:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline to disclose experts | 6/30/2025 | 8/29/2025 |
| Deadline to disclose rebuttal experts | 7/28/2025 | 9/29/2025 |
| Discovery completed by | 8/18/2025 | 10/17/2025 |
| 39.1 mediation completed by | 9/1/2025 | 10/31/2025 |
| Dispositive motions filed by | 9/15/2025 | 11/14/2025 |
| Motions in Limine due by | 12/7/2025 | 2/9/2026 |

{30101-01133823;1}

[~~PROPOSED~~] ORDER TO CONTINUE
Case No. 2:23-cv-00972-JCC - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4897-6485-0761, v. 1

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Pretrial Order due by | 12/7/2025 | 2/9/2026 |
| Trial Briefs due by | 12/11/2025 | 2/9/2026 |
| Bench Trial | 12/15/2025 | 2/17/2026 |

SO ORDERED this 4th day of June 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented by:

*s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
*s/Nathan J. Beard*
NATHAN J. BEARD, WSBA # 45632
*s/Lucy B. Wilhelm*
NATHAN J. BEARD, WSBA # 57130
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:   206-467-4828
Email:        lshields@legros.com
              nbeard@legros.com
              lwilhelm@legros.com
Attorneys for Defendant

{30101-01133823;1}
[PROPOSED] ORDER TO CONTINUE
Case No. 2:23-cv-00972-JCC - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4897-6485-0761, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dennis M. O'Bryan, Esq.
Gary W. Baun, Esq.
O'Bryan Baun Karamanian
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
Email:  dob@obryanlaw.net
              gbaun@obryanlaw.net

Christopher M. Davis, Esq.
Davis Law Group, P.S.
2101 Fourth Ave, Ste. 1030
Seattle, WA 98121
Email:  chris@injurytriallawyer.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

{30101-01133823;1}
[PROPOSED] ORDER TO CONTINUE
Case No. 2:23-cv-00972-JCC - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4897-6485-0761, v. 1