THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DAY,

                Plaintiff,

v.

ALASKA BOAT COMPANY, LLC,

                Defendant.

No. 2:23-cv-00972

[~~PROPOSED~~] ORDER TO EXTENDING DEADLINES TO DISCLOSE EXPERT WITNESSES, REBUTTAL WITNESSES, AND TO COMPLETE DISCOVERY

NOTE ON MOTION CALENDAR: DECEMBER 10, 2025

### [~~PROPOSED~~] ORDER

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the case schedule shall be amended to include the following deadlines:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Deadline to disclose experts | 12/28/2025 | **2/13/2026** |
| Deadline to disclose rebuttal experts | 1/27/2026 | **2/27/2026** |
| Discovery completed by | 2/15/2026 | **3/1/2026** |
| 39.1 mediation completed by | 3/1/2026 | 3/1/2026 |
| Dispositive motions filed by | 3/15/2026 | 3/15/2026 |
| Motions in Limine due by | 6/9/2026 | 6/9/2026 |

{30101-01133823;1}

[~~PROPOSED~~] ORDER TO EXTENDING DEADLINES TO DISCLOSE EXPERT WITNESSES, REBUTTAL WITNESSES, AND TO COMPLETE DISCOVERY
Case No. 2:23-cv-00972-JCC - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4910-1161-3310, v. 1

| | | |
|---|---|---|
| Pretrial Order due by | 6/9/2026 | 6/9/2026 |
| Trial Briefs due by | 6/9/2026 | 6/9/2026 |
| Bench Trial | 6/16/2026 | 6/16/2026 |

SO ORDERED this 10th day of December 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented by:

*s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
*s/Nathan J. Beard*
NATHAN J. BEARD, WSBA # 45632
*s/Lucy B. Wilhelm*
NATHAN J. BEARD, WSBA # 57130
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:            lshields@legros.com
                    nbeard@legros.com
                    lwilhelm@legros.com
Attorneys for Defendant

{30101-01133823;1}
[PROPOSED] ORDER TO EXTENDING DEADLINES TO DISCLOSE EXPERT WITNESSES, REBUTTAL WITNESSES, AND TO COMPLETE DISCOVERY
Case No. 2:23-cv-00972-JCC - Page 2

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4910-1161-3310, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dennis M. O'Bryan, Esq.
Gary W. Baun, Esq.
O'Bryan Baun Karamanian
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
Email:  dob@obryanlaw.net
         gbaun@obryanlaw.net

Christopher M. Davis, Esq.
Davis Law Group, P.S.
2101 Fourth Ave, Ste. 1030
Seattle, WA 98121
Email:  chris@injurytriallawyer.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

{30101-01133823;1}

[PROPOSED] ORDER TO EXTENDING DEADLINES TO DISCLOSE EXPERT WITNESSES, REBUTTAL WITNESSES, AND TO COMPLETE DISCOVERY
Case No. 2:23-cv-00972-JCC - Page 3

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4910-1161-3310, v. 1