THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN DAY,

Plaintiff,

v.

ALASKA BOAT COMPANY, LLC,

Defendant.

CASE NO. C23-0972-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Presently before the Court is the parties' stipulated request for an extension to the management deadlines in this case (Dkt. No. 35). Finding good cause, the Court CONTINUES trial to August 24, 2026, and EXTENDS the scheduling order (Dkt. No. 30) as follows:

|  | New Deadline |
| --- | --- |
| Expert Report Disclosure | March 13, 2026 |
| Rebuttal Report Disclosure | March 27, 2026 |
| Discovery Cut Off | April 17, 2026 |
| Rule 39.1 Mediation | May 1, 2026 |
| Dispositive Motions | May 21, 2026 |

MINUTE ORDER
C23-0972-JCC
PAGE - 1

|  | New Deadline |
|---|---|
| Pretrial Submissions[1] | August 7, 2026 |
| Trial Date | August 24, 2026 |

DATED this 21st day of January 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

---

[1] This includes the proposed pretrial order, jury instructions and verdict form, trial briefs, and motions *in limine*.

MINUTE ORDER
C23-0972-JCC
PAGE - 2